FILED
DEC 9 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>VIKAS BAJAJ,<br>Defendant. | Case No. 20cr3905-GPC<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 922(m) - False Entry in a Required Dealer Record; Title 18, U.S.C., Sec. 2 - Aiding & Abetting (Misdemeanor); Title 18, U.S.C., Sec. 924(d)(1); and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The United States Attorney charges:

On or about October 28, 2016, within the Southern District of California, defendant VIKAS BAJAJ aided and abetted Giovanni Vincenzo Tilotta, aka "Gio Tilotta," a licensed dealer and importer of firearms, within the meaning of Chapter 44, Title 18, United States Code, with knowingly making false entries in a record Tilotta was required to keep pursuant to Section 923 of Title 18, United States Code, in that Giovanni Vincenzo Tilotta recorded false records related to the sale

ARHA:12/4/2020

of firearms to VIKAS BAJAJ on October 28, 2016; in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

FORFEITURE ALLEGATIONS

The allegations contained in the Information are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in the Information, defendant VIKAS BAJAJ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to:

(1) CZ 75D 9mm pistol, serial number C082833;

(2) Glock 27 .40 caliber pistol, serial number RLK240;

(3) Daniel Defense DDM4V11 5.56mm rifle, serial number DDM4107377;

(4) Smith and Wesson M&P Shield 9mm pistol, serial number HNH6175; and

(5) ten rounds of .40 caliber Federal ammunition.

//

//

//

//

All in violation of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: 12/7/2020.

LINDA FRAKES
Attorney for the United States
Acting Under Authority
Conferred by 28 U.S.C. § 515
United States Attorney

NICHOLAS W. PILCHAK
ANDREW R. HADEN
Assistant U.S. Attorneys